AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | |
|---|---|
| SHARON PRESLEY;<br><br>*Plaintiff*<br>v.<br>PRIME CREDIT SOLUTIONS, LLC; and DOES 1 to 10, inclusive;<br>*Defendant* | Civil Action No. 1-12-cv-43-MP-GRJ |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   PRIME CREDIT SOLUTIONS, LLC
21 S. Rossler Ave
Buffalo, NY 14206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven A. Alpert (FBN 0691321)
Price Law Group, APC
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Phone: (818)205-2444
Fax: (818)380-7644

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J LYUBLANOVITS,
CLERK OF COURT

Date: 2/22/2012

s/ KELLI MALU, Deputy Clerk
*Signature of Clerk or Deputy Clerk*