UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Sharon Presley

v.                                          Civil Action No. 1-12-cv-43-MP-GRJ

Prime Credit Solutions, LLC; and Does
1 to 10, inclusive


Pro Se
Answer:

1. Deny knowledge of the reason why these attorneys made this lawsuit against this company. Deny.

2. Deny knowledge of what is the jurisdiction or the sections or what relief. Not sure why venue is where he says it is. Deny.

3. Do not know who or what she is or where she lives. Deny

4. Do not know if it is a corporation engaged in business in Florida. Don't even know where St. Louis County is. 21 South Rossler is not in St. Louis County. It is not in Buffalo. No idea what they claim Defendant does in Florida. Deny that it collects debts due another. Either regular or not. Deny.

5. Not sure what defendant does regular or not. Not sure what Florida calls Defendant. Deny.

6. Deny

7. Deny knowledge of what she owes or why she did not pay. Deny. No idea of what her lease provided or if she was evicted. Deny.

8. Deny knowledge of what Plaintiff heard from whoever she heard it from. Deny.

9. Deny knowledge of what Plaintiff heard from whoever she heard it from. Deny.

10. That may be true but have no way to know what standing it has in Florida or elsewhere. What was intended is difficult to ascertain a year or so after it was supposed to happen. Deny.

11. Deny that and request tape recordings and an opportunity to cross examine

Plaintiff's husband's girlfriend under oath. What third party? What car? What contents? Deny.

12. No idea what Defendant did. Provide tapes and work phone logs and name of switchboard operator with contact information. Also name of work place and supervisor and all contact details. Deny.

13. Deny knowledge of what Defendant did and deny calls. Produce tapes and logs. Deny.

14. Deny knowledge of Defendant and deny misled or lied. She will most likely be sued. Deny.

15. Deny knowledge that Defendant did that. Request tapes and logs. Deny.

16. Deny knowledge that Defendant did any of that. Deny.

17. Deny knowledge and ask for psychiatric reports, counseling reports, proof of treatments and all medications prescribed. Produce proof of payment. Deny.

18. Repeat all above. Deny

19. Deny.
- ( a ) Deny.
- ( b ) Deny.
- ( c ) Deny.
- ( d ) Deny.
- ( e ) Deny.
- ( f ) Deny.

20. Deny knowledge of Defendant's intent. Deny.

21. Deny declaratory. Demand discovery and jury trial.

DEMAND THAT CASE BE DISMISSED FOR BAD SERVICE AND DISMISSED FOR FAILURE TO MAKE A CASE.

21 S. Rossler, Buffalo New York  14206

S. Rossler Ave.
Buffalo, NY 14206

7011 0470 0002 6304 8955

United States District Court
401 SE First Ave. Rm 243
Gainsville, FL 32601





U.S. POSTAGE
PAID
BUFFALO, NY
14240
MAR 12 '12
AMOUNT
$5.75
00051581-18