**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **SHARON PRESLEY,**<br><br>Plaintiff,<br>vs.<br><br>**PRIME CREDIT SOLUTIONS, LLC; and DOES 1 through 10, inclusive,**<br><br>Defendants. | **Case No.: 1:12-cv-00043-MP-GRJ**<br><br>**REQUEST FOR ENTRY OF DEFAULT AND DECLARATION OF G. THOMAS MARTIN, III IN SUPPORT THEREOF** |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

**NOTICE IS HEREBY GIVEN** that the Plaintiff, SHARON PRESLEY, by and through her attorneys, hereby requests that this court make an entry of default against Defendant, PRIME CREDIT SOLUTIONS, LLC, as Defendant has failed to timely answer or otherwise defend itself from Plaintiff's complaint. The instant request is based upon the following facts and the supporting declaration by Plaintiff's counsel.

Dated: December 6, 2013

RESPECTFULLY SUBMITTED,

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.
California Bar No. 218456
15760 Ventura Blvd. Suite 1100
Encino, CA 91436

Phone: (818) 907-2030
Fax: (818) 205-2730
tom@plglawfirm.com
*Attorney for Plaintiff,*
*Sharon Presley*

**DEFENDANT HAS FAILED TO TIMELY ANSWER OR DEFEND ITSELF AGAINST PLAINTIFF'S COMPLAINT**

1. On February 231 2012, Plaintiff filed her complaint against Defendant, PRIME CREDIT SOLUTIONS, LLC.

2. Plaintiff's complaint alleged violations of the FDCPA, 15 U.S.C. § 1692 et seq.

3. Plaintiff sought statutory damages pursuant to the above-mentioned statutes in addition to actual damages suffered and reasonable attorney's fees.

4. On March 1, 2012, Defendant was served with the Summons and Complaint (See Proof of Service of Summons and Complaint attached hereto as Exhibit "A").

5. Defendant's responsive pleading was due on March 22, 2012.

6. Defendant has not filed a responsive pleading nor contacted Plaintiff's attorneys requesting an extension to file its answer.

7. Defendant is not a minor, incompetent or in the military.

8. Federal Rule of Civil Procedure 55(a) provides that "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter that party's default."

9. Defendant has failed to plead or otherwise defend itself against Plaintiff's complaint.

10. Plaintiff now requests that this court enter a default against Defendant.

**WHEREFORE,** plaintiff respectfully requests this court grant her instant request and enter a default against Defendant, PRIME CREDIT SOLUTIONS, LLC, for failure to timely plead or otherwise defend against Plaintiff's complaint.

Dated: December 6, 2013

RESPECTFULLY SUBMITTED,

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.
California Bar No. 218456
15760 Ventura Blvd. Suite 1100
Encino, CA 91436
Phone: (818) 907-2030
Fax: (818) 205-2730
tom@plglawfirm.com
*Attorney for Plaintiff,*
*Sharon Presley*

# EXHIBIT "A"

**Service of Process:**

1:12-cv-00043-MP-GRJ
PRESLEY v. PRIME CREDIT SOLUTIONS LLC et al

JYDMD

**U.S. District Court**

**Northern District of Florida**

**Notice of Electronic Filing**

The following transaction was entered by ALPERT, STEVEN on 4/6/2012 at 7:29 PM CDT and filed on 4/6/2012

**Case Name:** PRESLEY v. PRIME CREDIT SOLUTIONS LLC et al
**Case Number:** 1:12-cv-00043-MP-GRJ
**Filer:** SHARON PRESLEY
**Document Number:** 5

**Docket Text:**
**SUMMONS Returned Executed by SHARON PRESLEY. PRIME CREDIT SOLUTIONS LLC served on 3/1/2012, answer due 3/22/2012. (ALPERT, STEVEN)**

**1:12-cv-00043-MP-GRJ Notice has been electronically mailed to:**

STEVEN ALAN ALPERT alpert@pricelawgroup.com, docket@pricelawgroup.com

**1:12-cv-00043-MP-GRJ Notice will be mailed via USPS and will NOT be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047052653 [Date=4/6/2012] [FileNumber=3376927-0] [78ecb2ce4005694d7b52afd59cd9e3796d8bcd11bd71861cce22e68dfa7ada851024 cc45db0d5329f5d77a7b49ea706f52048750b745764cbb1a94493973938e]]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) Steven A. Alpert SBN 06913 15760 Ventura Blvd Ste 1100 Encino CA 91436 ATTORNEY FOR (Name | TELEPHONE NO. (818) 205-2408 | FOR COURT USE ONLY |
|---|---|---|
| Insert of Court Name of Judicial District and Branch Court if any UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF FLORIDA | | |
| SHORT TITLE OF CASE PRESLEY v PRIME CREDIT | | |
| 2285751 (HEARING) Date Time Dept | | Case Number: 112CV43MPGRJ REFERENCE NO. PRESLEY v PRIME CREDIT |

**DECLARATION OF SERVICE**

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS IN A CIVIL ACTION & COMPLAINT
CIVIL COVER SHEET

ON: PRIME CREDIT SOLUTIONS, LLC

AT: 21 S Rossler Ave
Buffalo NY 14206

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

SANDRA (DOE), REFUSED LAST NAME, MANAGER
AUTHORIZED TO RECEIVE, CAUCASIAN FEMALE 55YRS 5'4" 160LBS. BROWN HAIR

ON 3/1/2012 AT 2:02:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving: RICHARD HARRINGTON Out Of State Process

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was $134.90

e. I am:

(1) X not a registered California process server:

(3) registered California process server:

(i)

(i) Registration No: Not A California

(i) County: Registered Process Server

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3/26/2012 Out Of State Process X [signature] SIGNATURE

**PROOF OF SERVICE**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **SHARON PRESLEY,**<br><br>Plaintiff,<br>vs.<br><br>**PRIME CREDIT SOLUTIONS, LLC; and DOES 1 through 10, inclusive,**<br><br>Defendants. | **Case No.: 1:12-cv-00043-MP-GRJ**<br><br>**DECLARATION OF STEVEN A. ALPERT IN SUPPORT OF PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

**DECLARATION OF G. THOMAS MARTIN, III IN SUPPORT OF PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT**

I, G. Thomas Martin, III, hereby declare and state as follows:

1. I represent Plaintiff SHARON PRESLEY in the above described action, and as such, I am fully familiar with the facts and prior proceedings in this matter.
2. I make this Declaration in support of Plaintiff's Motion for Entry of Default.
3. This action was commenced by the filing of a complaint (Docket #1) on February 21, 2012.
4. A summons was issued on February 22, 2012 (Docket #3).
5. As more fully described in the Proof of Service (Docket #5, and Exhibit "A" attached hereto), service of the Summons, Complaint and related documents upon Defendant PRIME CREDIT SOULTIONS, LLC was

effected pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure on March 1, 2012.

6. The time allowed by law to answer the Complaint, specified in Plaintiff's Summons, was twenty-one (21) days from the date of service. As such, an answer to Plaintiff's complaint was due on March 22, 2012, and no answer or other pleading has been filed by the defendant.

7. To date, no attorney has appeared on behalf of Defendant PRIME CREDIT SOLUTIONS, LLC and Defendant is not a minor, incompetent or in the military.

8. Federal Rule of Civil Procedure 55(a) provides that "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter that party's default."

9. Defendant PRIME CREDIT SOLUTIONS, LLC has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

10. For these reasons, Plaintiff SHARON PRESLEY respectfully requests that the Clerk of Court enter default against the Defendant PRIME CREDIT SOLUTIONS, LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

RESPECTFULLY SUBMITTED,

Dated: December 6, 2013 By: /s/ G. Thomas Martin, III

G. Thomas Martin, III, Esq.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**SHARON PRESLEY,**

Plaintiff,

vs.

**PRIME CREDIT SOLUTIONS, LLC; and DOES 1 through 10, inclusive,**

Defendants.

**Case No.: 1:12-cv-00043-MP-GRJ**

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I, G. Thomas Martin, III, hereby certify that a true and correct copy of the foregoing was filed on December 6, 2013, via the Court Clerk's CM/ECF system, and a copy of same was mailed to the Defendant PRIME CREDIT SOLUTIONS, LLC, at the address stated below, which is the last known address of said Defendants, and deposited said envelope in the United States mail.

PRIME CREDIT SOLUTIONS, LLC
21 S. Rossler Avenue
Buffalo, New York 14206

Dated: December 6, 2013 By: /s/ G. Thomas Martin, III
G. Thomas Martin III, Esq.