IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON PRESLEY,

    Plaintiff,

v.                                        CASE NO. 1:12-cv-43-MP -GRJ

PRIME CREDIT SOLUTIONS, LLC.,

    Defendants.

_____/

**O R D E R**

On December 9, 2013, the Court ordered entry of a clerk's default against the only named Defendant, Prime Credit Solutions LLC.  The Court reminded Counsel for Plaintiff that it is Plaintiff's obligation to seek entry of a default judgment in the event the Defendant fails to plead or otherwise defend this case.  Fed. R. Civ. P. 55(b).  Doc. 9.  Since that date, there has been no activity in this case by Counsel for Plaintiff.

Accordingly, upon due consideration, it is **ORDERED** that:

The Clerk is directed to administratively close this case file.  Counsel for Plaintiff may move to reopen this case in order to seek entry of a default judgment pursuant to Fed. R. Civ. P. 55(b).

**DONE AND ORDERED** this 10th day of March 2015.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge